IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS LYNN BISHOP,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; B. JARVIS, Sheriff's Deputy of County of Sacramento,<br><br>   Defendants. | 2:06-cv-02729-GEB-EFB<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

On November 17, 2008, the parties filed a Notice of Settlement in which they state: "the above-entitled matter has been settled by mutual agreement of the parties." Therefore, a dispositional document shall be filed no later than December 8, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The Final Pretrial Conference scheduled for November 24, 2008, is reset for hearing on January 20, 2009, at 2:30 p.m., in

1

the event no dispositional document is filed, or if this action is not otherwise dismissed. Further, a joint final pretrial statement shall be filed seven days prior to the Final Pretrial Conference.[1]

IT IS SO ORDERED.

Dated: November 18, 2008

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

---

[1] The final pretrial conference remains on calendar because the mere representation that an action has settled does not justify removing the action from the trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).